TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ALICIA RENEE QUEZADA
Assistant U.S. Attorney
State Bar No.: 026972
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: alicia.quezada@usdoj.gov
Attorneys for Plaintiff

CR25-03172 TUC-AMM(JR)

FILED
2025 JUL -9 PM 1:16
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

   Plaintiff,

   v.

1. Oscar Tapia-Castro,
   (Counts 1-3)

2. Roney Ulicer Lara-Galdamez,
   (Count 3)

   Defendants.

INDICTMENT

VIOLATIONS:

18 U.S.C. §§ 111(a) and 111(b)
(Assault on a Federal Officer – Deadly or Dangerous Weapon)
**Counts 1-2**

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport Illegal Aliens for Profit)
**Count 3**

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about June 26, 2025, in the District of Arizona, Oscar Tapia-Castro, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent A. M., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Agent A. M. was engaged in and on account of the performance of his official duties, and in doing so used a deadly and dangerous weapon, to wit: a vehicle, and such act involved physical contact, all in violation of Title 18, United States Code, Sections 111(a) and 111(b).

**COUNT 2**

From a date unknown to on or about June 26, 2025, in the District of Arizona, Oscar Tapia-Castro, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent D. W., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Agent D. W. was engaged in and on account of the performance of his official duties, and in doing so used a deadly and dangerous weapon, to wit: a vehicle, and such act involved physical contact, all in violation of Title 18, United States Code, Sections 111(a) and 111(b).

**COUNT 3**

From a date unknown to on or about June 26, 2025, in the District of Arizona, Oscar Tapia-Castro and Roney Ulicer Lara-Galdamez, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 9, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ALICIA RENEE QUEZADA
Assistant U.S. Attorney

*United States of America v. Oscar Tapia-Castro, et al.*
*Indictment Page 2 of 2*